# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Amin Omar Yusuf

Case No. Civil 01-1046 RHK/RLE

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Curtis J. Aljets, INS District Director

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's petition for a writ of habeas corpus is denied as moot.

DATE: July 6, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk